UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :

       - v -                               :

EVAN TANNOR,                         :

            Defendant.             :
- - - - - - - - - - - - - - - x

UNDER SEAL

NOTICE OF INTENT TO
FILE AN INFORMATION

07 CRIM. 277

JUDGE KRAM

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
        ~~March~~ APRIL 4, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney

                     By: _____
                          Daniel A. Braun/Michael A. Levy
                          Assistant United States Attorneys

                     AGREED AND CONSENTED TO:

                     By: _____
                          Jonathan Strauss, Esq.
                          Attorney for Evan Tannor

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/07