UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA :

v. : 07 CRIM. 277

EVAN TANNOR, : 07 Cr.

         Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 29, United States Code, Section 186(a) and Title 18, United States Code, Section 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                   _____
                                   Defendant

                                   _____
                                   Witness

                                   _____
                                   Counsel for Defendant

Date: New York, New York
       April 10, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/07

0202